UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TERRY EUGENE SCHAFFNER, | Civil No. 06-439 (DSD/JSM) |
| Petitioner, | |
| v. | **ORDER** |
| MARTY C. ANDERSON, Warden, | |
| Respondent. | |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 3, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DISMISSED for lack of jurisdiction.

Dated: February 28, 2006

                                                  s/David S. Doty
                                                DAVID S. DOTY
                                                United States District Court Judge